Opinion filed July 19,
2012

 

                                                                      
In The

                                                                             


  Eleventh
Court of Appeals

                                                       __________

 

                                            No. 11-12-00193-CV

                                                   
__________

 

                  
SCIENTIFIC MACHINE & WELDING, INC. AND

                                       
ALAN BASTA, Appellants

                                                            
V.

                            
WELLS FARGO BANK, N.A., Appellee



 

                                  
On Appeal from the 250th District Court

                                                           
Travis County, Texas

                                          
Trial Court Cause No. D-1-GN-10-001880

 



 

                                           
M E M O R A N D U M    O P I N I O N

           
Scientific Machine & Welding, Inc. and Alan Basta
are the appellants in this appeal.  They have filed an unopposed motion to
dismiss the appeal pursuant to Tex. R.
App. P. 42.1(a)(1).  Appellants further
request that all costs be taxed against the party incurring same.  See
Tex. R. App. P. 42.1(d).  Therefore, in
accordance with appellants’ request, we dismiss the appeal.

The
motion to dismiss is granted, and the appeal is dismissed.  All costs will
be taxed against the party incurring same.

 

July 19,
2012                                                                          
PER CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.